IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-CR-172 |
| v. | Hon. Michael S. Nachmanoff |
| ADJOH DORCAS MANOU EPSE ASSOKO, | Trial Date: September 30, 2024 |
| *Defendant*. | |

**GOVERNMENT'S MOTION TO APPOINT COUNSEL
TO VICTIM-WITNESS**

The United States, through undersigned counsel, hereby moves the Court to appoint counsel to victim-witness John F. Assoko ("John"). In support of its motion, the government states as follows:

1. On September 30, 2024, the trial in this matter is scheduled to commence. At trial, the government anticipates calling as a witness John, the estranged husband of the defendant and the father of the child who the defendant is accused of kidnapping. *See* ECF 47, Gov't Witness List. In anticipation of trial and pursuant to its disclosure obligations, the government produced to the defense information regarding John pursuant to *Giglio v. United States*, 405 U.S. 150 (1972).

2. On September 27, 2024, defense counsel notified government counsel that, should John testify, the defense may seek to cross examine John on an area pertaining to the aforementioned *Giglio* information, which could raise the need for counsel during John's cross examination.

3. Government counsel has communicated with John through the case agent on the case, who expressed a desire to be appointed counsel in order to consult with said counsel prior to testifying at trial.

4. On information and belief, government counsel believes that John qualifies for court-appointed counsel. Because the Office of the Federal Defender represents the defendant, its attorneys are conflicted from representing John.

For the foregoing reasons, the government respectfully requests that the Court appoint counsel to represent John in the Eastern District of Virginia. A Proposed Order accompanies this motion.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Meredith Edwards
Cristina C. Stam
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
meredith.edwards@usdoj.gov
cristina.stam@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I certify that on September 27, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                                /s/
                                               Cristina C. Stam
                                             Assistant United States Attorney